**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MADELYN N. BERARDI,**

        **Plaintiff,**

-vs-                                              **Case No. 6:05-cv-750-Orl-31KRS**

**STATE OF FLORIDA WORKMAN'S**
**COMPENSATION,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court to consider whether Berardi's Complaint is frivolous, malicious, or fails to state a claim, and Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) filed May 18, 2005.

On May 19, 2005, the United States Magistrate Judge issued a report (Doc. No. 5) recommending that the Complaint be dismissed and the Motion be denied as moot. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    That Motion for Leave to Proceed *in forma pauperis* is DENIED.

    3.    That the Complaint is DISMISSED, with leave to amend within 20 days from the date of this Order. If, however, Plaintiff chooses to file an amended complaint, she is admonished to heed the instructions contained in the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 6, 2005.

                                                                                                                    _____
                                                                                                                    GREGORY A. PRESNELL
                                                                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party